**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH SHRUM** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-0007** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Joseph Shrum files this Certificate of Interested Parties pursuant to Fed. R. Civ. Proc. 7.1(a) and L.R. 3.1(c), and certifies that he has a direct financial interest in the outcome of this case. Further, Plaintiff certifies that he believes Liberty Life Assurance Company of Boston and its holding company Lincoln Financial Group, have a direct financial interest in the outcome of this case.

**Dated: January 3, 2019**

Respectfully submitted,

/s/ Bernard A. Guerrini

Bernard A. Guerrini, Attorney in Charge
State Bar No. 08581700
bag@erisaltd.com

John L. Thompson
State Bar No. 90001820
jlt@erisaltd.com

GUERRINI & THOMPSON, P.C.
6500 Greenville Avenue, Suite 320
Dallas, Texas 75206
Tel: (214) 692-6556
Fax: (214) 692-6578

**ATTORNEYS FOR PLAINTIFF**