**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH SHRUM** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-0007-S** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTER-CLAIM**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff/Counter-Defendant Joseph Shrum ("Plaintiff") files this Answer in response to the Original Counterclaim ("Counterclaim") [ECF Doc. 5] filed by Defendant/Counter-Plaintiff Liberty Life Assurance Company of Boston. ("Defendant").

**I. ANSWER TO COUNTERCLAIM**

1. Plaintiff denies that Defendant is entitled to the relief requested in **COUNTERCLAIM,** Paragraph 1 of the Liberty Life Assurance Company of Boston's Answer to Plaintiff's Original Complaint and Counterclaim.

**II. AFFIRMATIVE DEFENSE**

2. Plaintiff asserts the affirmative defense of Defendant's breach of contract, in that Defendant is not entitled to seek to enforce the purported terms of an agreement that Defendant breached by withholding benefits to which Plaintiff is entitled under the Plan.

**PRAYER**

Plaintiff requests that the Court enter judgment that Defendant take nothing by its Counterclaim; that Plaintiff recover his attorneys' fees and costs pursuant to 29 U.S.C.

§ 1132(g); and that Plaintiff be awarded the relief sought in Plaintiff's Original Complaint or amendment thereof.

**Dated: January 28, 2019**

Respectfully submitted,

/s/ Bernard A. Guerrini
Bernard A. Guerrini, Attorney in Charge
State Bar No. 08581700
guerrinipc@erisaltd.com

John L. Thompson,
State Bar No. 90001820
jlt@erisaltd.com

**Guerrini & Thompson, P.C.**
6500 Greenville Avenue, Suite 320
Dallas, Texas 75206
Tel: (214) 692-6556
Fax: (214) 692-6578

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by means of CM/ECF E-SERVICE this 28th day of January, 2019.

/s/Bernard A. Guerrini
Bernard A. Guerrini