**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH SHRUM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-00007-S |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |

**ORDER SETTING SCHEDULING CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby sets this case for a scheduling conference hearing on ***February 22, 2019*** at ***11:00 a.m.*** Lead counsel **and/or** local counsel for each party, and all unrepresented parties, shall be present.

The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f). The Court expects the parties to review the Judge Specific Requirements, located at: http://www.txnd.uscourts.gov/judge/district-judge-karen-gren-scholer. The parties are encouraged to submit a proposed **agreed** scheduling order prior to the hearing based on: http://www.txnd.uscourts.gov/sites/default/files/documents/SholerSO.doc. If the parties' proposed agreed order deviates from the Court's standard form, they must submit a redlined version showing where the proposed order differs.

To the extent the parties herein have not arranged a scheduling conference with the Court or submitted their report, as required under Rule 26(f), the Court finds good cause to issue the scheduling order as soon as practicable after the hearing.

**SO ORDERED.**

SIGNED February 5, 2019.

Karen Gren Scholer

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE