**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH SHRUM** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-0007-S** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT REPORT REGARDING THE CONFERENCE OF THE PARTIES IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(f)**

COME NOW, Plaintiff Joseph Shrum and Defendant Liberty Life Assurance Company of Boston and file this their Joint Report Regarding The Conference Of The Parties In Accordance With Federal Rule Of Civil Procedures 26(f).

**I.**

The attorneys for the Parties conferred on Thursday, February 7, 20196 regarding the issues required by Federal Rule of Civil Procedure 26(f) and would report the following:

1) no changes should be made with respect to Rule 26(a) and the initial disclosures will be made in accordance with the Rule;

2) discovery by the Plaintiff will focus on the conflict of interest of the Defendant but no change to the discovery procedure or scope is required;

3) there are no issues regarding privilege or protection of trial materials but the Parties will request a protective order from the Court.

4) there are no changes needed regarding discovery which will be conducted in accordance with Fifth Circuit guidance; and

5) there are no other orders required from the Court at this time.

**II.**

The Parties submit herewith a proposed Agreed Scheduling Order for the Court's consideration.

WHEREFORE, the Parties request that the Court accept this Joint Report and the proposed Agreed Scheduling Order in lieu of an the Scheduling Conference presently set for February 22, 2019.

Respectfully Submitted,

/s/ Bernard A. Guerrini
Bernard A. Guerrini, Attorney in Charge
State Bar No. 08581700
bag@erisaltd.com

John L. Thompson
State Bar No. 90001820
jlt@erisaltd.com

GUERRINI & THOMPSON, P.C.
6500 Greenville Avenue, Suite 320
Dallas, Texas 75206
Tel: (214) 692-6556
Fax: (214) 692-6578

**ATTORNEYS FOR PLAINTIFF**

and

/s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

LAW OFFICES OF IWANA

RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by means of CM/ECF E-SERVICE this 11th day of February, 2019.

/s/Bernard A. Guerrini
Bernard A. Guerrini