# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH SHRUM | § | |
| | § | |
| v. | § | CASE NO. 3:19-CV-00007-S |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Courtenay Bass
Gilbert Mediation Group
12001 N. Central Expressway
Suite 650
Dallas, Texas 75243
(214) 303-4500
debbie@gmgtexas.com

Mediation shall be in person and completed **90 days before trial.**

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED February 22, 2019.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**