**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH SHRUM** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-0007-S** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Joseph Shrum and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully Submitted,

/s/ Bernard A. Guerrini
Bernard A. Guerrini, Attorney in Charge
State Bar No. 08581700
bag@erisaltd.com

John L. Thompson
State Bar No. 90001820
jlt@erisaltd.com

GUERRINI & THOMPSON, P.C.
6500 Greenville Avenue, Suite 320
Dallas, Texas 75206
Tel: (214) 692-6556

Fax: (214) 692-6578

**ATTORNEYS FOR PLAINTIFF**

and

/s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by means of CM/ECF E-SERVICE this 17th day of July, 2019.

/s/Bernard A. Guerrini
Bernard A. Guerrini